

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2019

**BY ECF**
Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Application granted.

SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.

December 16, 2019

Re:   **United States v. Eduardo Rodriguez**, 19 Cr. 117-3 (WHP)

Dear Judge Pauley:

The Government writes with the consent of counsel for defendant Eduardo Rodriguez to inform the Court that the parties expect the defendant to enter a guilty plea pursuant to a plea agreement the week of January 6, 2020, before the assigned duty magistrate judge.[1] In light of the anticipated resolution of this matter, the parties respectfully request certain upcoming deadlines be adjusted, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Notice pursuant to Federal Rule of Evidence 404(b) | December 13, 2019 | January 8, 2020 |
| Motions *in limine* | December 20, 2019 | January 10, 2020 |
| Opposition to motions *in limine* | January 6, 2020 | January 17, 2020 |
| Reply in further support of motions in *limine* | January 13, 2020 | January 20, 2020 |

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: /s/
    Daniel H. Wolf
    Assistant United States Attorney
    (212) 637-2337

cc:   Florian Miedel, Esq. (via ECF)

---

[1] The Court's deputy informed the parties earlier today that they may proceed with a change-of-plea proceeding in front of the duty magistrate the week of January 6, 2019, in light of the Court's unavailability that week.