UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

EDUARDO RODRIGUEZ,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[PROPOSED] ORDER

S2 19 Cr. 117 (WHP)

WHEREAS, with the consent of Eduardo Rodriguez, the defendant, his guilty plea allocution was made before a United States Magistrate Judge on January 6, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           January 7, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.