

**MEMO ENDORSED**

April 10, 2020

Hon. William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

            Re:    <u>United States v. Eduardo Rodriguez, 19-Cr-117 (WHP)</u>

Dear Judge Pauley:

    Mr. Rodriguez is currently scheduled to be sentenced by you on April 24, 2020, following his guilty plea to conspiracy to commit bank fraud and the making of false statements. He is out on a $100,000 bond. With the consent of the government, I respectfully request an adjournment of sentencing to a date after normal operations of the courthouse commence again. In light of the current health crisis, and the inability to conduct in-person court proceedings, as well as the fact that the parties are currently spending significant amounts of time on emergency applications for bail by incarcerated defendants, I believe it is in the interest of all for the sentencing to be adjourned. I am not available during the week of June 1.

    No prior application to adjourn sentencing has been made. Thank you for your consideration.

                                              Sincerely,

                                              /s/

                                              Florian Miedel
                                              *Attorney for Eduardo Rodriguez*

Application granted. Sentencing adjourned to July 9, 2020 at 2:30 p.m.

SO ORDERED:

/s/ William H. Pauley III
WILLIAM H. PAULEY III
U.S.D.J.

April 13, 2020