

September 29, 2020

Hon. William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

              Re:     <u>United States v. Eduardo Rodriguez, 19-Cr-117 (WHP)</u>

Dear Judge Pauley:

      I write to seek an adjournment of sentencing, currently scheduled for October 16, 2020. Mr. Rodriguez would like to be physically present at his sentencing, and since I have been informed that the Court is not presently holding in-person sentencing proceedings due to the ongoing COVID-19 pandemic, I ask that the sentencing be adjourned to a date convenient to the Court, which I understand is either December 9th or 10th.

                                                        Sincerely,

                                                        /s/

                                                        Florian Miedel
                                                        *Attorney for Eduardo Rodriguez*

cc:     AUSA Daniel H. Wolf

                                          Application granted.  Sentencing adjourned to December 9, 2020 at 1:30 p.m.

                                          SO ORDERED:

                                          WILLIAM H. PAULEY III
                                          U.S.D.J.

                                          October 6, 2020