UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

       -against-                                    :                    19 Cr. 117 (WHP)

Eduardo Rodriguez                             :                    ORDER

                  Defendants.         :
-------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

      Sentencing is re-scheduled on consent to March 24, 2021 at 11:30 a.m.

Dated:  November 23, 2020
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.