UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                  :

      -against-                                         :         19 Cr. 117 (WHP)

Eduardo Rodriguez                                  :         <u>ORDER</u>

                        Defendants.     :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

  Sentencing is scheduled for March 24, 2021 at 11:00 a.m.  The public access dial in number is 917-933-2166, passcode 893210568.

Dated:  March 24, 2021
          New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.