

VIA ECF
Hon. Lewis J. Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

March 30, 2022

REQUEST GRANTED.
The Court approves the early termination of supervised release for defendant Eduardo Rodriguez.
3/31/2022   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

RE:   **United States v. Eduardo Rodriguez**
      **19-Cr-117 (LJL)**

Dear Judge Liman:

      On March 24, 2021, the late Judge Pauley sentenced Eduardo Rodriguez to time served (no period of custody), along with a 3-year term of supervised release and 9 months of home confinement. *See* Judgment, ECF. No. 114. This followed Mr. Rodriguez's guilty plea to conspiracy to commit bank fraud in violation of 18 U.S.C. § 1344, and lying to federal officers in violation of 18 U.S.C. § 1001, in connection with a loan fraud scheme in which he submitted false information to fraudulently obtain a car loan. Since his sentencing, Mr. Rodriguez has successfully served one year of supervised release and has completed his 9-month term of home confinement. Upon the recommendation of the Probation Department, and without opposition from the government, I now respectfully request that the Court terminate Mr. Rodriguez's supervised release pursuant to 18 U.S.C. § 3583(e)(1).

      At the time Mr. Rodriguez became involved with the loan fraud scheme perpetrated by his co-defendants, he was a New York City Police officer. The unfortunate decision to take a short cut – even though he never received the $38,600 for the loan and owes no restitution – has had a series of devastating consequences for Mr. Rodriguez, most impactful being the fact that he had to leave the NYPD, forfeit his pension, and start over. *See* Rodriguez Sentence Memorandum, ECF No. 109. But Mr. Rodriguez *has* started over, finding work soon after his arrest as a manager for a company that delivers supplies to restaurants. He was able to keep his job even during the pandemic, and continues to work there more than two years later. He also continues to reside with his wife and two daughters in Middletown, New York, and completed his term of home confinement with no incident. It is clear that Eduardo Rodriguez is demonstrating a commitment to living a crime-free and productive life.

      For that reason, the Probation Department recommends that the Court terminate Mr. Rodriguez's supervision early. *See* Exhibit A, Probation Recommendation. Given Mr. Rodriguez's full compliance with the requirements of supervision, including the payment of his mandatory assessment and completion of home confinement, and in light of limited resources, it makes sense for the Probation Department to shift its focus to other defendants who require

more assistance and oversight, and to relieve Mr. Rodriguez of the burden of supervision by the Court. By all indications, Mr. Rodriguez is living a productive life. He does not need the Probation Department's services and does not present a concern for re-offending.

Accordingly, I respectfully request the Court to terminate Mr. Rodriguez's supervision pursuant to 18 U.S.C. § 3583(e)(1), as the Probation Department recommends. The government takes no position on the request.

Thank you for your consideration.

Sincerely,

/s/

Florian Miedel
*Attorney for Eduardo Rodriguez*

cc:     AUSA Daniel Wolf (by email)